UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FETHI ELAYADI,

    Plaintiff,

v.

    Case No. 9:21-cv-82153-DMM

CREDENCE RESOURCE
MANAGEMENT LLC; SHERIDAN
RADIOLOGY SERVICES OF SOUTH
FLORIDA INC.,

    Defendants.
_____/

**DEFENDANT, CREDENCE RESOURCE MANAGEMENT, LLC'S, CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Credence Resource Management, LLC (Credence), by and through its undersigned attorney, files this Certificate of Interested Parties and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

I hereby disclose the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.    Fethi Elayadi, plaintiff.

    b.    Jibrael S. Hindi and Thomas J. Patti, III, The Law Offices of Jibrael S. Hindi, counsel for plaintiff.

    c.    Credence Resource Management, LLC, defendant.

    d.      Sheridan Radiology Services of South Florida Inc., defendant.

    e.      Ashley Wydro and Dayle M. Van Hoose, Sessions, Israel & Shartle, LLC, counsel for defendant, Credence.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Fethi Elayadi, plaintiff.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Date: December 8, 2021

                                                Respectfully submitted,

                                                */s/Ashley Wydro*
                                                Ashley Wydro, Esq.
                                                Florida Bar No. 0106605
                                                Dayle M. Van Hoose, Esq.
                                                Florida Bar No. 0016277
                                                SESSIONS, ISRAEL & SHARTLE, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195

>Tampa, Florida 33618
>Telephone: (813) 440-5327
>Facsimile: (877) 334-0661
>awydro@sessions.legal
>dvanhoose@sessions.legal
>*Counsel for Defendant,*
>*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2021, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

>Jibrael S. Hindi, Esq.
>Thomas J. Patti, Esq.
>The Law Offices of Jibrael S. Hindi
>110 SE 6th Street, Suite 1744
>Fort Lauderdale, FL 33301
>jibrael@jibraellaw.com
>tom@jibraellaw.com

>*/s/ Ashley Wydro*
>Attorney